Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
W.D.N.Y. BUFFALO
2008 APR 24  PM 2:18

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. KEON A. HART #48735
2. _____

-VS-

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ERIE COUNTY CORRECTIONAL FACILITY    4. _____
2. _____    5. _____
3. _____    6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: KEON A. HART #48735
Present Place of Confinement & Address: ERIE COUNTY CORRECTIONAL FACILITY, 11581 WALDEN AVENUE, ALDEN NEW YORK 14004

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: ERIE COUNTY CORRECTIONAL FACILITY

(If applicable) Official Position of Defendant: ERIE COUNTY CORRECTIONAL FACILITY

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 11581 WALDEN AVENUE, ALDEN NEW YORK 14004

---

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: _____

---

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: _____

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes____  No__X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2.  Court (if federal court, name the district; if state court, name the county): _____

3.  Docket or Index Number: _____

4.  Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

       Is it still pending? Yes____ No____

             If not, give the approximate date it was resolved._____

       Disposition (check the statements which apply):

       ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

           ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

           ____ By court for failure to exhaust administrative remedies;

           ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

           ____ By court due to your voluntary withdrawal of claim;

       ____ <u>Judgment</u> upon motion or after trial entered for

           ____ plaintiff

           ____ defendant.

**B.** Have you begun **any other lawsuits in federal court** which **relate to your imprisonment**?

       Yes ✓  No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
(DEFENDANT'S) ~~Plaintiff(s)~~: OFFICER MICHAEL MCCARTHY, OFFICER E. PERRIN, OFFICER M. WHITE, OFFICER T. DOLAN, OFFICER, OFFICER S. ALVAREZ, OFFICER J. MAYNER
(PLAINTIFF) ~~Defendant(s)~~: KEAN A. HART #48235

2. District Court: WESTERN DISTRICT, 2120 U.S. COURT HOUSE
3. Docket Number: 6:07-cv-6607
4. Name of District or Magistrate Judge to whom case was assigned: MICHAEL TELESCA WESTERN DISTRICT ~~an~~ 2120 U.S. COURT HOUSE
5. The approximate date the action was filed: 12/10/07
6. What was the disposition of the case?

       Is it still pending? Yes ✓ No____

           If not, give the approximate date it was resolved._____

3

Case 6:08-cv-06185-JWF    Document 1    Filed 04/24/08    Page 4 of 19

Disposition (check the statements which apply):

\_\_\_\_ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    \_\_\_\_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    \_\_\_\_ By court for failure to exhaust administrative remedies;

    \_\_\_\_ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    \_\_\_\_ By court due to your voluntary withdrawal of claim;

\_\_\_\_ <u>Judgment</u> upon motion or after trial entered for

    \_\_\_\_ plaintiff

    \_\_\_\_ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. ~~THIRD~~ FIRST CLAIM: ON DATES (MARCH 28TH, 30TH 2008) INMATE (PRISONER) KEON HART 48735 PLACED (ITEMS, DOCUMENTS) LEGAL MAIL IN U.S. POSTAL SERVICE MAIL BOX ON HOUSING UNIT GULF. SAID PRISONER WAS INFACT INDIGENT AT TIME AND REFLECTING ON INMATE TRUST ACCOUNT STATEMENT THUS INDICATE INMATE WAS NOT AFFORDED INDIGENT POSTAGE TO ASSURE HIS ACCESS TO THE COURT WHICH WERE THE WESTERN DISTRICT OF NEW YORK, UNITED STATES COURT HOUSE 2120 100 STATE STREET ROCHESTER NEW YORK 14614-1387. IT SEEMS SAID LEGAL MAIL WAS HELD BY FACILITY UNTIL A FAR DATE OF (APRIL 3RD 2008). ON ABOVE DATES THE ERIE COUNTY CORRECTIONAL FACILITY AND SUBORDINATES ARE INVOLVED IN THIS INCIDENT.

THE CONSTITUTIONAL BASIS FOR THIS CLAIM UNDER 42 U.S.C. 1983 IS: ACCESS TO COURT, DUE PROCESS UNITED STATE POSTAL SERVICE AND ~~STATE STATUE~~ VIOLATIONS. EQUAL PROTECTION OF RIGHTS
RELIEF I AM SEEKING IS: (PENALTY) PUNITIVE RELIEF INJUNCTIVE RELIEF, NEGOTIATE X AMOUNT OF $10,000 FOR DAMAGE, MIGHT CONDUCT CAUSE HARM TO COURT PROCEEDINGS I ASK FOR VICARIOUS BINDING TO SHARE IN THE RELIEF SOUGHT IN SAID COURT PROCEEDING. $5,000,000 CASE # 06-07-CV-6607 OR AS THE COURT DEEMS JUST AND PROPER.

**EXHAUST OF REMEDIES:** SEE ATTACHED. RESULT: FURTHER FORGERY TRYING TO BIND ME STATING THAT I SIGNED BUT ADDITIONAL ACTIVITY DETECTED. I ONLY SIGN BEFORE THIS REACHS THE SAID FACILITY MAIL ROOM. PLEASE SEE ALL ADDITION MARKING SCRIBBLES, AND CALCULATIONS IN ATTEMPT TO ACCOUNT FOR, WILL NOT BE DUE TO OBVIOUS RECORD.

**RELIEF SOUGHT**

PUNATIVE RELIEF, INJUNCTIVE RELIEF COMPENSATE FOR PENATIES OF INJURY TO RIGHTS WHERE DAMAGE IS A RESULT OF A DECISION UNFAVORABLE IN SAID COURTS TO SHARE IN RELIEF SOUGHT IN THE TWO (2) MENTIONED CASE # 6:07-CV-6607, I-2008-631, OR RELIEF AS THE COURT DEEM JUST AND PROPER.

**JURY TRIAL?** YES

A. ~~FOURTH~~ @ SECOND CLAIM: ON DATE MARCH 30TH 2008, INMATE (PRISONER) KEON HART 48735 PLACED (ITEMS, DOCUMENTS) LEGAL MAIL IN U.S POSTAL SERVICE MAIL BOX ON HOUSING UNIT GULF, SAID PRISONER WAS INDIGENT AT TIME. MARCH 31ST 2008 WHICH SAID (ITEMS, DOC.) LEGAL MAIL WAS FORWARDED ~~VIA~~ U.S. POSTAL MAIL SERVICE AND WAS AFFORDED $0.75¢ POSTAGE. ON DATE(S) APRIL 3RD 2008 THE ABOVE (DOC.ITEMS) LEGAL MAIL WAS RETURNED BEARING SAID $0.75¢ POSTAGE BUT ATTACHED WAS A NOTE STATING NEED FOR ADDITIONAL $0.39¢, INMATE CONSENTED TO AFFIX POSTAGE WHICH MEANS TOTAL POSTAGE REQUIRED WAS $1.14¢. ON A LATER DATE APRIL 8TH 2008 (1) OF THE SAID (ITEMS, DOC.) LEGAL MAIL WAS AGAIN RETURNED ASKING FOR YET ANOTHER CONSENT FOR POSTAGE AFFIX OF $0.39¢ MEANING THE TOTAL PAID FOR POSTAGE WAS $1.53¢. THERE WAS NOT POSTAGE AFFORDED TO INDIGENT PRISONER AND A CERTAIN CONDUCT OF ~~NEGLECT~~ OR INTENTIONAL NEGLECT IS DETECTED AS THE SAID (ITEMS, DOC.) LEGAL MAIL WAS TO ACCESS THE COURT AT ACTIONS AND PROCEEDING, ERIE COUNTY CLERK 25 DELAWARE AVENUE BUFFALO NEW YORK 14202, AND ERIE COUNTY ATTORNEY, 69 DELAWARE SUITE 300, BUFFALO NEW YORK 14202, WHICH IS AN ACTION ARTICLE 78 CASE # I-2008-631 BROUGHT BY SAID PRISONER, RESPONDANTS TIMOTHY B HOWARD,

CONTINUED (1ST CLAIM / 2ND CLAIM) ERIE COUNTY SHERIFF, AND DONALD LIVINGSTON SUPERINTENDENT ERIE COUNTY CORRECTIONAL FACILITY. <u>ON ABOVE DATES, THE ERIE COUNTY CORRECTIONAL FACILITY AND SUBORDINATES ARE INVOLVED IN THIS INCIDENT.</u> (VICARIOUS CLAIM # FIRST, ~~THIRD~~)

<u>THE CONSTITUTIONAL BASIS FOR THIS CLAIM UNDER 42 U.S.C 1983 IS:</u> ACCESS TO COURT, DUE PROCESS, UNITED STATE POSTAL SERVICE AND STATE STATUE VIOLATIONS, EQUAL PROTECTION OF RIGHTS

<u>RELIEF I AM SEEKING IS:</u> (PENALTY). PUNITIVE RELIEF INJUNCTIVE RELIEF, NEGOTIATE & AMOUNT OF $10,000 FOR DAMAGE, MIGHT CONDUCT CAUSE HARM TO COURT PROCEEDING'S I ASK FOR VICARIOUS BINDING TO SHARE IN THE RELIEF SOUGHT IN SAID COURT PROCEEDING CASE # I-2008-631 PENATY AND DAMAGE OR AS THE COURT DEEM'S JUST AND PROPER

<u>EXHAUST OF REMEDIES:</u> SEE ATTACHED RESULT: FURTHER FORGERY TRYING TO BIND ME STATING THAT I SIGNED BUT ADDITIONAL ACTIVITY DETECTED. I ONLY SIGN BEFORE THIS REACH'S THE SAID FACILITY MAIL ROOM PLEASE SEE ALL ADDITION MARKING, SCRIBBLES, AND CALCULATIONS IN ATTEMP TO ACCOUNT FOR BUT WILL NOT BE DUE TO THE OBVIOUS TO RECORD. (SEE ATTACHED EXHIBIT IN SUPPORT OF CLAIM # FOURTH)

## RELIEF SOUGHT

PUNITIVE RELIEF, INJUNCTIVE RELIEF, COMPENSATE FOR PENALTIES OF INJURY TO RIGHTS, WHERE DAMAGE IS A RESULT OF A DECISION UNFAVORABLE IN SAID COURTS. TO SHARE IN RELIEF SOUGHT IN THE TWO (2) MENTIONED CASE # 6:07-CV-6607, I-2008-631.OR AS THE COURT DEEMS JUST AND PROPER.

## JURY TRIAL? YES

```
Name of Client                                         USER ID:       HKAZNICA

RECEIPT                                                SAVE THIS OFFICIAL RECEIPT
-----------------------------------------------------------------------------------
INSTITUTION/CITY                           |DATE         | RECEIPT NO.:
ECSO - JAIL MANAGEMENT DIVISION            |04/02/2008   | ECHC0333432
-----------------------------------------------------------------------------------
RECEIVED FROM                              |
GLENESE HART                               |                         $25.00
-----------------------------------------------------------------------------------
FOR (Purpose)
TWENTY-FIVE ONLY
                                                                   DOLLARS
-----------------------------------------------------------------------------------
FOR ACCOUNT OF (INMATE/CLIENT NAME)        | INMATE/CLIENT NUMBER
HART, KEON                                 |         0000048735
-----------------------------------------------------------------------------------
[ ] CASH   [ ] CHECK   [ ] MONEY ORDER     | RECEIVED BY
                                           |

INMATE HOUSING LOCATION :       ECHC-ECCF-G-211-1
```

```
04/08/2008 05:49              DEPARTMENT OF CORRECTIONS              Page   19 of 33
KYETZER                       ECSO - JAIL MANAGEMENT DIVISION               OOROLVRC
                                         CANTEEN1
                              S A L E S   R E C E I P T

Sales Order Id : 403455         Name        : HART, KEON
Sale Date      : 04/08/2008     Birth Date  : 04/22/1980
ICN#           : 0000048735     Location    : ECHC-ECCF-G-211-1; :

ITEM CODE    I   QTY   ITEM NAME                        ITEM PRICE     TOTAL PRICE
   139 N          1    PEN                                    0.35           0.35
   141 N          1    MANILLA ENVELOPE                       0.30           0.30
   142 N         10    STAMPS                                 0.47           4.70
   148 N          2    WRITING PAPER (PAD)                    1.05           2.10
                                                              2.17           7.45

Trust Account Balance (before sale):                         22.36
Trust Account Current Balance       :                        14.91
Total Obligations:                                            0.00

Offender :                                       Date :
```

TO: KAREN/DIANE
FROM: KEON HART
487735/GULF#241

PLEASE INFORM ME OF WHAT HAPPENED TO THE TOTAL OF $18.00 THAT WAS ON HOLD FROM MY ACCOUNT.

THANK YOU
Keon Hart
on hold filing fee plus

---

TO: INMATE ACCOUNT
FROM: KEON HART/487735
GULF #241/4-9-08

PLEASE SEND ME A COPY OF INMATE TRANSACTION SHEET SO THAT I CAN VIEW SOME ISSUE'S OF CONCERN. one month amount

THANK YOU
Keon Hart

```
04/15/2008                                          DEPARTMENT OF CORRECTIONS                    Page   10 of 28
KYETZER                                           ECSO - JAIL MANAGEMENT DIVISION                       OOROLVRC
                                                            CANTEEN
                                                     S A L E S   R E C E I P T

Sales Order Id : 404374                      Name          : HART, KEON
Sale Date      : 04/15/2008                  Birth Date    : 04/22/1980
CN#            : 000048735                   Location      : ECHC-ECCF-G-211-1;

ITEM CODE      | I | QTY | ITEM NAME                                    ITEM PRICE          TOTAL PRICE

142            | N |  9  | STAMPS                                            0.47                 4.23
                                                                              ____                 ____
                                                                              0.47                 4.23

Trust Account Balance (before sale):            14.32
Trust Account Current Balance      :            10.09
Total Obligations:                               0.00


Offender :  _____         Date : _____
```

# INMATE GRIEVANCE

TO: GRIEVANCE OFFICER
FROM: KEON HART / ICN # 48735   *Keon Hart*
HOUSE: GULF # 211
DATE: 4/16/08   / RE: ACCOUNT BALANCE / AND MAIL

  I HAVE ATTEMPTED A NUMEROUS AMOUNT OF TIMES TO OBTAIN AN INMATE TRANSACTION DATA SHEET FORMALLY. AS A RESULT I HAVE NOT RECIEVED THIS PERSONAL INFORMATION. I MADE SUCH A REQUEST BECAUSE MY ACCOUNT REVEALS AN AMOUNT OF $2.64¢ IN DEDUCTION. ON DATE 4/02/08, I RECIEVED $25.00 RECEIPT NO: ECHC0333432, FROM GLENESE HART. THE USER ID: H. KAZNICA.
  IN BETWEEN SAID DATE 4/02/08 AND 4/08/08 DEDUCTIONS IN AMOUNT OF $2.64¢ WAS MADE. ON SAID DATE 4/08/08 5:49 AM K. YETZER DID MAKE CANTEEN SALE, ID# 403455, ICN # 48735, WHICH DEDUCTED AN AMOUNT OF $7.45¢ FROM MY REMAINING TRUST ACCOUNT BALANCE OF $22.36¢, THUS FURTHER INDICATING SUCH $2.64¢.
  IN BETWEEN SAID DATE(S) 4/02/08 DATE I RECIEVED RECEIPT # ECHC0333432 AND 4/08/08 I ONLY GAVE CONSENT FOR A DEDUCTION

OF $0.39¢ FOR POSTAGE ON ONE SEPERATE ENVELOPE, AND ANOTHER SEPERATE ENVELOPE $0.39¢ THUS MEANING A TOTAL OF $0.78¢ WAS PERMITED TO BE DEDUCTED FROM INMATE ACCOUNT ICN#48735 BETWEEN SAID DATE(S) 4/02/08 - 4/03/08. AFTER SUCH DEDUCTION $0.78¢ INDICATE AN AMOUNT OF $1.66¢ THAT IS UNACCOUNTED FOR IN DEDUCTIONS TO THE BEST OF MY KNOWLEDGE AS THEIR IS NO PAST OR PRESENT INDICATION OF ANY TRUST ACCOUNT OBLIGATIONS, OTHER THAN AN AMOUNT OF $15.00 BEING HELD FOR FILING FEE'S.

HOWEVER I WISH TO BE ENLIGHTENED ON MY ACCOUNT TRANSACTIONS WHICH MUST INDICATE THE DEDUCTIONS MADE TO MY ACCOUNT DATE'S AND REASON'S AND AMOUNT'S. I AM CONCERNED WITH THE $0.78¢ THAT WAS DEDUCTED AND THE OTHER $1.66¢ WHICH I HAVE NO MEANS OF REASON ON.

I AM ASKING THAT I BE INFORMED OF ALL OF THE ABOVE. IN THE EVENT THAT THIS CAN NOT BE ACCOUNTED FOR I ASK FOR REIMBURSEMENT AND/OR FOR RECOVERY OF POSTAL MAIL SERVICE AMOUNTS OR RECOVERY OF MAILED DOCUMENT (ARTICLE).

THANK YOU FOR YOUR TIME

SINCERELY, Kee-Hart    4/16/08

```
04/17/2008 13:43          Institutional Report Header              Page  1 Of   2
DMALICKI                 ECSO - JAIL MANAGEMENT DIVISION                OTRTASTA
                         T R U S T   A C C O U N T   S T A T E M E N T   6.02.1.9

DOC: 0000048735    Name: HART, KEON                        DOB: 04/22/1980
LOCATION: ECHC-ECCF-G-211-1

ACCOUNT BALANCES Total:       26.10    CURRENT:       8.10    HOLD:       18.00
                         09/14/2007   04/17/2008
SUB ACCOUNT              START BALANCE   END BALANCE
SPENDABLE BALANCE             0.00         8.10

                         DEBTS AND OBLIGATIONS
TYPE   PAYABLE              INFO NUMBER     AMOUNT OWING    AMOUNT PAID  WRITE OFF AMT.

         TRANSACTION DESCRIPTIONS --         SPENDABLE BALANCE  SUB-ACCOUNT
DATE         TYPE     TRANSACTION DESCRIPTION    TRANSACTION AMT      BALANCE
09/24/2007   VSTC     Cash Visit Receipt-ECHC            30.00          30.00
09/27/2007   CRS      CRS SAL ORD #378047CAN1         (  24.02)          5.98
10/01/2007   CRS      CRS SAL ORD #378236CAN1         (   4.94)          1.04
10/03/2007   VSTC     Cash Visit Receipt-ECHC            20.00          21.04
10/04/2007   CRS      CRS SAL ORD #378899CAN1         (  19.30)          1.74
10/11/2007   CRS      CRS SAL ORD #379635CAN1         (   1.55)          0.19
10/17/2007   VSTC     Cash Visit Receipt-ECHC            20.00          20.19
10/22/2007   CRS      CRS SAL ORD #380950CAN1         (  20.17)          0.02
10/23/2007   CMR      CMR SAL ORD #380950                 0.30           0.32
11/02/2007   PST      Postage Disbursement-ECCF       (   0.17)          0.15
11/03/2007   CASH     Cash-ECCF  GENESE HART - M         30.00          30.15
11/06/2007   CRS      CRS SAL ORD #383093CAN1         (  28.27)          1.88
11/09/2007   CASH     Cash-ECCF  perry hart - m          30.00          31.88
11/13/2007   CRS      CRS SAL ORD #383788CAN1         (  23.86)          8.02
11/15/2007   PST      copies Disbursement-ECCF        (   1.40)          6.62
11/20/2007   CRS      CRS SAL ORD #384713CAN1         (   6.40)          0.22
12/05/2007   CASH     Cash-ECCF/G.HART                   20.00          20.22
12/06/2007   CPJ      Copies Disbursement-ECCF        (   7.70)         12.52
12/06/2007   CPJ      postage Disbursement-ECCF       (   0.94)         11.58
12/07/2007   PST      Postage Disbursement-ECCF       (   0.17)         11.41
12/07/2007   PST      Postage Disbursement-ECCF       (   0.68)         10.73
12/09/2007   CASH     Cash-ECCF  PERRY HART - M          25.00          35.73
12/10/2007   PST      Postage Disbursement-ECCF       (   6.45)         29.28
12/11/2007   CRS      CRS SAL ORD #387498CAN1         (  24.35)          4.93
12/14/2007   PST      Postage Disbursement-ECCF       (   1.14)          3.79
12/14/2007   CPJ      Copies Disbursement-ECCF        (   2.10)          1.69
12/17/2007   PST      Postage Disbursement-ECCF       (   0.17)          1.52
12/17/2007   PST      Postage Disbursement-ECCF       (   0.17)          1.35
12/17/2007   PST      Postage Disbursement-ECCF       (   0.94)          0.41
12/22/2007   CASH     Cash-ECCF  glenese hart - m        30.00          30.41
12/22/2007   CASH     Cash-ECCF  ivory dumas - m         25.00          55.41
12/24/2007   PST      COPIES Disbursement-ECCF        (   1.00)         54.41
12/25/2007   CRS      CRS SAL ORD #389403CAN1         (  42.42)         11.99
12/25/2007   PST      Postage Disbursement-ECCF       (   0.94)         11.05
12/25/2007   PST      COPIES Disbursement-ECCF        (   3.20)          7.85
12/27/2007   PST      Postage Disbursement-ECCF       (   0.34)          7.51
12/27/2007   PST      Postage Disbursement-ECCF       (   1.65)          5.86
```

DOC: 0000048735    Name: HART, KEON                    DOB: 04/22/1980
LOCATION: ECHC-ECCF-G-211-1

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/28/2007 | CPJ | Copies Disbursement-ECCF | ( 2.00) | 3.86 |
| 12/29/2007 | PST | Postage Disbursement-ECCF | ( 1.31) | 2.55 |
| 12/31/2007 | PST | Postage/COPIES Disbursement-ECCF | ( 0.57) | 1.98 |
| 01/01/2008 | CRS | CRS SAL ORD #390278CAN1 | ( 1.88) | 0.10 |
| 01/11/2008 | CASH | Cash-ECCF-PERRY HART-M | 30.00 | 30.10 |
| 01/14/2008 | PST | Postage Disbursement-ECCF | ( 0.17) | 29.93 |
| 01/14/2008 | HOA | HOLD/FILING FEES | ( 6.00) | 23.93 |
| 01/15/2008 | CRS | CRS SAL ORD #392149CAN1 | ( 23.69) | 0.24 |
| 01/29/2008 | CASH | Cash-ECCF  john vattes - m | 10.00 | 10.24 |
| 01/31/2008 | PST | Postage Disbursement-ECCF | ( 1.41) | 8.83 |
| 01/31/2008 | PST | copies Disbursement-ECCF | ( 4.20) | 4.63 |
| 01/31/2008 | PST | Postage Disbursement-ECCF | ( 1.41) | 3.22 |
| 02/03/2008 | CASH | Cash-ECCF  GLENESE HART - M | 30.00 | 33.22 |
| 02/04/2008 | HOA | HOLD/FILING FEES | ( 6.00) | 27.22 |
| 02/05/2008 | CRS | CRS SAL ORD #394825CAN1 | ( 7.75) | 19.47 |
| 02/06/2008 | CPJ | Copies Disbursement-ECCF | ( 4.30) | 15.17 |
| 02/07/2008 | CASH | Cash-ECCF  PERRY HART - M | 20.00 | 35.17 |
| 02/08/2008 | PST | Postage Disbursement-ECCF | ( 1.14) | 34.03 |
| 02/08/2008 | PST | Postage Disbursement-ECCF | ( 1.14) | 32.89 |
| 02/08/2008 | PST | Postage Disbursement-ECCF | ( 1.14) | 31.75 |
| 02/08/2008 | HOA | HOLD/FILING FEES | ( 6.00) | 25.75 |
| 02/11/2008 | PST | COPIES Disbursement-ECCF | ( 2.60) | 23.15 |
| 02/12/2008 | CRS | CRS SAL ORD #395806CAN1 | ( 10.04) | 13.11 |
| 02/14/2008 | CPJ | Copies Disbursement-ECCF | ( 7.40) | 5.71 |
| 02/15/2008 | PST | Postage Disbursement-ECCF | ( 0.51) | 5.20 |
| 02/18/2008 | PST | Postage Disbursement-ECCF | ( 1.82) | 3.38 |
| 02/18/2008 | PST | Postage Disbursement-ECCF | ( 1.65) | 1.73 |
| 02/19/2008 | CRS | CRS SAL ORD #396652CAN1 | ( 1.41) | 0.32 |
| 02/20/2008 | CPJ | Copies Disbursement-ECCF | ( 0.30) | 0.02 |
| 03/02/2008 | CASH | Cash-ECCF  GLENESE HART - M | 30.00 | 30.02 |
| 03/03/2008 | PST | Postage Disbursement-ECCF | ( 1.31) | 28.71 |
| 03/04/2008 | CRS | CRS SAL ORD #398661CAN1 | ( 9.90) | 18.81 |
| 03/19/2008 | CRS | CRS SAL ORD #400817CAN1 | ( 1.24) | 17.57 |
| 03/20/2008 | PST | copies Disbursement-ECCF | ( 16.90) | 0.67 |
| 03/20/2008 | PST | Postage Disbursement-ECCF | ( 0.47) | 0.20 |
| 04/02/2008 | CASH | Cash-ECCF GLENESE HART-M | 25.00 | 25.20 |
| 04/03/2008 | PST | Postage Disbursement-ECCF | ( 0.51) | 24.69 |
| 04/03/2008 | PST | Postage Disbursement-ECCF | ( 1.65) | 23.04 |
| 04/03/2008 | PST | Postage Disbursement-ECCF | ( 0.34) | 22.70 |
| 04/03/2008 | PST | Postage Disbursement-ECCF | ( 0.34) | 22.36 |
| 04/08/2008 | CRS | CRS SAL ORD #403455CAN1 | ( 7.45) | 14.91 |
| 04/08/2008 | PST | Postage Disbursement-ECCF | ( 0.39) | 14.52 |
| 04/11/2008 | CPJ | Copies Disbursement-ECCF | ( 0.20) | 14.32 |
| 04/15/2008 | CRS | CRS SAL ORD #404374CAN1 | ( 4.23) | 10.09 |
| 04/15/2008 | PST | Postage Disbursement-ECCF | ( 0.17) | 9.92 |
| 04/17/2008 | PST | Postage Disbursement-ECCF | ( 1.82) | 8.10 |

KEON HART 3/20/08  EXHIBIT(A) CLAIM SECOND AND FIRST

48735
GULF #211

☆ LEGAL MAIL PLEASE POST POSTAGE AS MAY BE ENTITLED, OR DEDUCT NEEDED AMOUNT FROM INMATE ACCOUNT FOR POSTAGE

*Keon Hart*

(1.65)

**INSUFFICIENT POSTAGE NOTICE**

ICN: 48735
NAME: KEON HART
UNIT & ROOM No: GULF #211

The attached correspondence is being returned to you because it requires $ .34¢ In additional postage

15
41
34

(mail Inspector)

☒ Please deduct the amount necessary to cover additional postage from my account

*Keon Hart*
Inmate's Signature

---

NAME: KEON HART
ICN: 48735
DATE: 3/20/08

LEGAL MAIL, PLEASE POST POSTAGE AS I MAY BE ENTITLED AS INDIGENT PRISONER, OR DEDUCT NEEDED AMOUNT FROM INMATE ACCOUNT FOR POSTAGE

*Keon Hart*

(.92) (.51)

**INSUFFICIENT POSTAGE NOTICE**

ICN: 48735
NAME: KEON HART
UNIT & ROOM No: GULF #211

The attached correspondence is being returned to you because it requires $ .39¢ In additional postage

*Keon Hart*
(mail Inspector)

☒ Please deduct the amount necessary to cover additional postage from my account

*Keon Hart*
Inmate's Signature

YOU SIGNED FOR everyone

.704
.34
.270
.34

.304
.269
1.65
.09

.520
.51
.469

EXHIBIT A.    CLAIM # ~~FOURTH~~ ⑧ SECOND

RETURN FOR ADDITIONAL
POSTAGE  39¢
SENDER REMOVE LABEL, AFFIX
POSTAGE, REMAIL

RETURN FOR ADDITIONAL
POSTAGE  39¢
SENDER REMOVE LABEL, AFFIX
POSTAGE, REMAIL

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __4/13/08__
                (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____Ken Nash_____
_____KEIN A. HART_____
                Signature(s) of Plaintiff(s)

7